Argued and submitted May 18, affirmed July 6, 1994

David Virgil WALDNER,
*Appellant,*

*v.*

Richard WOOLEY
and Santiam Valley Bank,
aka American Pacific Bank,
*Respondents.*

(92 C 10047; CA A81522)

876 P2d 788

Kenneth A. Morrow argued the cause for appellant. With him on the brief was Morrow, Monks & Sharp, P.C.

G. Kevin Kiely argued the cause for respondents. With him on the brief were Mildred J. Carmack and Schwabe, Williamson & Wyatt.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

Affirmed. *Waldner v. Dow*, 128 Or App 197, 876 P2d 785 (1994).